UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY PAGAN,<br><br>     Plaintiff,<br><br> -against-<br><br>HON. JUDGE TIMOTHY MCCARTHY;<br>ADA LORIANN FARRINGTON; CT<br>CLERK: JANE DOE; ASST ATTORNEY<br>GENERAL LAURA NG; WILLIAM J.<br>DOWLING; JUAN SAND PEDRO; DANNY<br>MENTZER; OMH: OFFICER OF<br>CONSUMER AFFAIRS; RIKERS ISLAND<br>FACILITY; DIVISION OF CIRMINAL<br>JUSTICE SERVICES; NEWS MEDIA: CH<br>12; BELLEVUE PSYCH HOSPITAL;<br>DOCTOR C. ORDLANDO,<br><br>     Defendants. | 24cv8893 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 22, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: December 29, 2025
   New York, New York

         /s/ Laura Taylor Swain
          LAURA TAYLOR SWAIN
       Chief United States District Judge